IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-00558-WJM-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

LARRY MICHAEL PARRISH,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Vacate Scheduling/Planning Conference, Document Number 6, filed with the Court on May 20, 2011, is GRANTED. The Court finds good cause has been shown noting that the Plaintiff has filed a Motion for Entry of Default, Document Number 5, filed with the Court on May 20, 2011. The Scheduling Conference set on June 6, 2011, at 10:00 a.m., is VACATED .

Date:  May 24, 2011